# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00881-CV

### In re Mark Zuniga

### J. B., Jr. and Y. R., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-FM-17-003746, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of Y. R. The subject of this proceeding is Mark Zuniga, appellant's attorney.

Appellant filed her notice of appeal on December 16, 2019, and her brief was due January 6, 2020. On January 9, 2020, we ordered counsel to file appellant's brief no later than January 27, 2020. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Mark Zuniga shall appear in person before this Court on Wednesday, February 12, 2020, at 10:00 a.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and

have sanctions imposed for his failure to obey our January 9, 2020 order.  This order to show cause will be withdrawn and Zuniga will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before February 10, 2020.

It is ordered on January 30, 2020


Before Chief Justice Rose, Justices Baker and Triana